# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| YOLANDA R. WILLIAMS, | ) | Case No. 16-31381 |
| | ) | |
| Debtor. | ) | |

## ORDER

This matter is before the Court *sua sponte*. On November 4, 2016, the debtor filed an amended schedule C, but it was processed as deficient. The trustee filed an objection to the amended schedule and the objection was set for hearing. Because the amended schedule C was deficient and must be refiled, IT IS ORDERED that the trustee's objection is OVERRULED as moot. The hearing on the objection scheduled on November 29, 2016 is canceled.

The Trustee shall serve a written copy of this Order on all interested parties who were not served electronically.

ENTERED: November 9, 2016

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE-1